IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS VICENTE CRUZ,

        Petitioner,               No. CIV S-11-3034 GGH P

    vs.

FRANK X. CHAVEZ,

        Respondent.        <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the San Diego Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Diego County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

        1.  This court has not ruled on petitioner's application to proceed in forma pauperis; and

1          2.  This matter is transferred to the United States District Court for the Southern

2    District of California.

3    DATED: November 29, 2011

4                                                      /s/ Gregory G. Hollows
                                             UNITED STATES MAGISTRATE JUDGE
5
     GGH:kly
6    cruz3034.108

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26